# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LUIS DEJESUS TAVERAS,**<br><br>        **Plaintiff,**<br><br>vs.<br><br>**SWINGSET & TOY WAREHOUSE, INC. AND ABEL SANTOS,**<br><br>        **Defendants.** | **Dkt. No.: 2:19-cv-20165-KM JBC**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff, LUIS DEJESUS TAVERAS, by and through the undersigned counsel, hereby stipulates and agrees that the above captioned action is voluntarily dismissed pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(i).

Dated: March 26, 2020

Respectfully submitted,

s/ Andrew I. Glenn_____
Andrew I. Glenn, Esquire
E-mail: AGlenn@JaffeGlenn.com
Jodi J. Jaffe, Esquire
E-mail: JJaffe@JaffeGlenn.com
JAFFE GLENN LAW GROUP, P.A.
301 N. Harrison Street, Suite 9F, #306
33 State Road, Suite A-1
Princeton, New Jersey 08540
Telephone: (201) 687-9977
Facsimile: (201) 595-0308
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 26, 2020, the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s/ Jodi J. Jaffe_____
Jodi J. Jaffe, Esquire

## SERVICE LIST

*No counsel has made an appearance on Defendants' behalf.*